FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 29 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JARVIES WILSON                                                          PLAINTIFF

VS.                      CASE NO. 5:14-CV-0326 DPM-JJV

STRATEGIC RESTAURANTS
ACQUISITION COMPANY, LLC                                                DEFENDANT

**NOTICE OF REMOVAL**   This case assigned to District Judge Marshall
and to Magistrate Judge Volpe

Strategic Restaurants Acquisition Company, LLC, through undersigned counsel, states as follows for its Notice of Removal:

1. Jarvies Wilson filed this civil action in the Circuit Court of Drew County, Arkansas on April 4, 2014. He named Burger King, LLC as defendant and served a copy of an Amended Complaint on Burger King by certified mail on July 14, 2014.

2. Burger King filed an Answer to Wilson's Amended Complaint on August 6, 2014. In Paragraph 12 of the Answer, it noted it was at most a franchisor, and not the actual owner or operator of the premises identified in the Amended Complaint.

3. On August 18, 2014, the Circuit Court of Drew County, Arkansas entered an Order for Substitution of Party, finding that Strategic Restaurants Acquisition Company, LLC should be substituted in place of Burger King as the defendant. The Order gave Strategic thirty days, or until September 17, 2014, to file an answer to Wilson's Amended Complaint.

4. This Court would have or does have original jurisdiction over Wilson's action pursuant to 28 U.S.C. § 1332. According to the Amended Complaint, Wilson is an individual resident of the State of Arkansas. At the same time, Strategic is a limited liability

company organized under the laws of the State of Delaware with its principal business in the State of California. Wilson's Amended Complaint seeks damages "in an amount greater than that required to establish federal jurisdiction under diversity of citizenship." See Amended Complaint at Paragraph 9.

5. Because this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and because there are no congressional acts prohibiting removal, this action may be removed to this Court by Strategic. See 28 U.S.C. §1441 (a).

6. The Pine Bluff Division of the United States District Court for the Eastern District of Arkansas embraces the Circuit Court of Drew County, Arkansas. It is therefore the proper division for removal.

7. A copy of all process, pleadings and orders from Wilson's state court case are attached hereto.

8. Strategic is giving written notice of this Notice of Removal to Wilson's counsel, Michael D. Ray, and is also filing a copy of this Notice of Removal with the clerk of the Circuit Court of Drew County, Arkansas.

WHEREFORE, Strategic Restaurants Acquisition Company, LLC hereby removes this action to this Court for further proceedings according to law.

>                    BRIDGES, YOUNG, MATTHEWS
>                            & DRAKE PLC
>                    P. O. Box 7808
>                    Pine Bluff, AR 71611
>                    Telephone No. (870) 534-5532
>                    jacktalbot@bridgesplc.com
>
>                    By_____/s/ John P. Talbot_____
>                         John P. Talbot, ABN 97119
>                         Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, John P. Talbot, do hereby certify that a copy of the above and foregoing pleading was served upon Mr. Michael D. Ray, Attorney at Law, P.O. Box 1123, Crossett, AR 71635, by United States mail, postage prepaid, on this ___ day of August, 2014.

_____
John P. Talbot

## CERTIFICATE OF SERVICE

      I, John P. Talbot, do hereby certify that a copy of the above and foregoing pleading was served upon Mr. Michael D. Ray, Attorney at Law, P.O. Box 1123, Crossett, AR 71635, by United States mail, postage prepaid, on this ___ day of August, 2014.

_____
John P. Talbot

## IN THE CIRCUIT COURT OF DREW COUNTY, ARKANSAS

Filed For Record
Drew Co., AR
Sandra Erianson
Circuit Clerk

**JARVIES WILSON**   PLAINTIFF By: _____

VS   CASE NO: CV-2014-40-4   APR 0 4 2014

**BURGER KING, LLC.**   DEFENDANT

AM/8/9/10/11/12/1/2/3/4/5PM

### COMPLAINT AT LAW

Comes now, Jarvies Wilson, PLAINTIFF herein, by and through his attorney, Michael D. Ray, and for his Complaint at Law does state as follows:

1. That the Plaintiff was at all times herein a resident of Drew County, Arkansas and that the Defendant, Burger King, LLC, at all times hereinafter mentioned was and still is a state corporation authorized to do business in the State of Arkansas with the registered agent being Deshandra Walden, 119 U.S. 425, Monticello, AR 71655, licensed under and by the laws of the State of Arkansas, engaged among other things in restaurant business in Monticello, Drew County, Arkansas.

2. That this court has jurisdiction and venue pursuant to A.C.A. 16-60-109.

3. That this court has jurisdiction over the subject matter of the claim pursuant to A.C.A. 16-13-201.

4. On or about the 13th day of January 2014, and for some time prior thereto, Defendant, through its duly authorized servants, agents and employees, operated a restaurant at Monticello, Arkansas 71655 and as a part of said store premises, Defendant maintained its entrance and exits for use by the public, specifically upon which it invited its prospective customers to enter and exit through.

5. On or about the 13th day of January, 2014, Jarvies Wilson entered Burger King., LLC to purchase food. While assisting an elderly lady out of the exit at the store, he released the door and it slammed shut on his left hand causing bruising and laceration to that hand to which severe injury and pain has immediately followed.

6. On said date and at said time and place, the Defendant corporation was careless reckless and negligent in it, its duly authorized servants, agents and employees:

    A. Maintained an entrance and doors, for use by the public which the Defendant, its agents, servants, and employees, knew or should have known was constructed of such materials and in such a manner that it was dangerous to persons using same.

    B. Defendant was aware that said door was not functioning properly and that said door posed a hazard to the persons using same.

7. That the door at the entrance was constructed, designed, installed and maintained in such condition that it was both reasonable and foreseeable that it posed a danger to the customers using that entrance.

8. As a direct and proximate result of the carelessness, recklessness and negligence of the Defendant, as aforesaid, Plaintiff has incurred, medical expenses and reasonably expects to continue to have medical expenses incurred in the future in a sum to be proven at trial.

9. Plaintiff was damaged as a direct and proximate result of the Defendant's negligence and has experienced past and present pain, suffering and mental anguish all to his damage, and reasonably expects to suffer future pain and suffering in an amount greater than that required to establish federal jurisdiction under diversity of citizenship.

Wherefore, premises considered, the plaintiff, Jarvies Wilson, prays that he have and recover from and of the Defendant his damages for past, present, and future pain, suffering and mental anguish, in an amount greater than that required to establish federal jurisdiction under diversity of

citizenship, and for past, and future medical expenses incurred in an amount to be proven at trial, together with costs herein expended and for such other proper and just relief to which he is entitled, including but not limited to reasonable attorney fees.

Respectfully Submitted,

Jarvies Wilson, Plaintiff

By: _____
Michael D. Ray
Attorney at Law
P.O. Box 1123
Crossett, AR 71635
870-364-5176

## VERIFICATION

I, Jarvies Wilson, State under oath that the facts contained in the foregoing pleading are true and correct to my knowledge, information and belief.

_____
Jarvies Wilson

IN THE CIRCUIT COURT OF DREW COUNTY, ARKANSAS

Filed For Record
Drew Co., AR
Sandra Erlanson
Circuit Clerk

JARVIES WILSON                                              PLAINTIFF    By_____

VS                  CASE NO: CV-2014-40-4                                JUL 0 8 2014

BURGER KING, LLC.                                           DEFENDANT 8/9/10/11/12/1/2/3/4/5PM

AMENDED COMPLAINT AT LAW

Comes now, Jarvies Wilson, PLAINTIFF herein, by and through his attorney, Michael D. Ray, and for his Complaint at Law does state as follows:

1. That the Plaintiff was at all times herein a resident of Drew County, Arkansas and that the Defendant, Burger King, LLC, at all times hereinafter mentioned was and still is a state corporation authorized to do business in the State of Arkansas with the registered agent being The Corporation Company, 124 West Capitol Avenue, Suite 1900, Little Rock, Arkansas 72201, licensed under and by the laws of the State of Arkansas, engaged among other things in restaurant business in Monticello, Drew County, Arkansas.

2. That this court has jurisdiction and venue pursuant to A.C.A. 16-60-109.

3. That this court has jurisdiction over the subject matter of the claim pursuant to A.C.A. 16-13-201.

4. On or about the 13th day of January 2014, and for some time prior thereto, Defendant, through its duly authorized servants, agents and employees, operated a restaurant at Monticello, Arkansas 71655 and as a part of said store premises, Defendant maintained its entrance and exits for use by the public, specifically upon which it invited its prospective customers to enter and exit through.

5. On or about the 13th day of January, 2014, Jarvies Wilson entered Burger King., LLC to purchase food. While assisting an elderly lady out of the exit at the store, he released the door and it slammed shut on his left hand causing bruising and laceration to that hand to which severe injury and pain has immediately followed.

6. On said date and at said time and place, the Defendant corporation was careless reckless and negligent in it, its duly authorized servants, agents and employees:

    A. Maintained an entrance and doors, for use by the public which the Defendant, its agents, servants, and employees, knew or should have known was constructed of such materials and in such a manner that it was dangerous to persons using same.

    B. Defendant was aware that said door was not functioning properly and that said door posed a hazard to the persons using same.

7. That the door at the entrance was constructed, designed, installed and maintained in such condition that it was both reasonable and foreseeable that it posed a danger to the customers using that entrance.

8. As a direct and proximate result of the carelessness, recklessness and negligence of the Defendant, as aforesaid, Plaintiff has incurred, medical expenses and reasonably expects to continue to have medical expenses incurred in the future in a sum to be proven at trial.

9. Plaintiff was damaged as a direct and proximate result of the Defendant's negligence and has experienced past and present pain, suffering and mental anguish all to his damage, and reasonably expects to suffer future pain and suffering in an amount greater than that required to establish federal jurisdiction under diversity of citizenship.

Wherefore, premises considered, the plaintiff, Jarvies Wilson, prays that he have and recover from and of the Defendant his damages for past, present, and future pain, suffering and mental anguish, in an amount greater than that required to establish federal jurisdiction under diversity of

, citizenship, and for past, and future medical expenses incurred in an amount to be proven at trial, together with costs herein expended and for such other proper and just relief to which he is entitled, including but not limited to reasonable attorney fees.

                                          Respectfully Submitted,

                                          Jarvies Wilson, Plaintiff

                                          By: _____
                                          Michael D. Ray
                                          Attorney at Law
                                          P.O. Box 1123
                                          Crossett, AR 71635
                                          870-364-5176

## VERIFICATION

    I, Michael D. Ray, State under oath that the facts contained in the foregoing pleading are true and correct to my knowledge, information and belief.

                                                               _____
                                                               Michael D. Ray

## IN THE CIRCUIT COURT OF DREW COUNTY, ARKANSAS
## CIVIL

| | | |
|---|---|---|
| JARVIES WILSON | | PLAINTIFF |
| VS. | CASE NO: CV-2014-40-4 | |
| BURGER KING, LLC | | DEFENDANTS |

Plaintiff's Attorney and Address:   Michael D. Ray
P.O. Box 1123
Crossett, AR 71635
(870) 364-5176

STATE OF ARKANSAS TO DEFENDANT:   BURGER KING, LLC.
By and through its Designated Agent for Service of Process:
The Corporation Company
124 West Capitol Avenue
Suite 1900
Little Rock, AR 72201

### NOTICE.

1. You are hereby notified that a lawsuit has been filed against you; the relief is stated in the attached Complaint at Law.
2. The attached complaint will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the pleading unless you file an answer and thereafter appear and present your defense. Your pleading or answer must meet the following requirements;
   (i)   it must be in writing and otherwise comply with Arkansas Rules of Civil Procedure;
   (ii)  It must be filed in the court clerk's office within Thirty (30) days from the day you were served with this summons located at **Drew County Circuit Clerk's Office, Courthouse, 210 S. Main Street, Monticello, AR 71655.**
3. If you desire to be represented by an attorney, you should immediately contact your attorney so that an answer can be filed for you within the time allowed.
4. Additional notices:

WITNESS MY HAND AND SEAL OF THIS COURT THIS _8_ DAY OF _July_

Deputy Clerk _Sandra_

By:_____

CLERK
Courthouse, 210 S. Main Street
Monticello, AR 71655

*******************************************************************************

STATE OF ARKANSAS, COUNTY OF DREW

On this _____ day of _____, 2014 at _____ o'clock a.m./p.m. I have duly served the within summons by delivering a copy thereof (or stating the substance thereof), together with a copy of the complaint, to _____, such person being:

CHECK APPLICABLE SQUARE:
___ the person named therein as defendant
___ some person residing at defendant's dwelling or usual place of adobe who is at least fourteen (14) years of age, namely:_____
___ duly authorized agent for service of process for the defendant, namely _____

OTHER: _____

_____
Process Server



Filed For Record
Drew Co., AR
Sandra Erlanson
Circuit Clerk
By:

AUG 0 6 2014

IN THE CIRCUIT COURT OF DREW COUNTY, ARKANSAS

AM/8/9/10/11/12/1/2/3/4/5PM

**JARVIES WILSON**                                                                                                                    **PLAINTIFF**

VS.                                               **CASE NO. CV-2014-40-4**

**BURGER KING, LLC**                                                                                                              **DEFENDANT**

## ANSWER

Burger King, LLC, through undersigned counsel, states as follows for its Answer:

1. It has insufficient information to admit or deny Plaintiff's residence. The remainder of Paragraph 1 of the Amended Complaint states legal conclusions that require no admission or denial of fact.

2. Paragraph 2 of the Amended Complaint states legal conclusions that require no admission or denial of fact.

3. Paragraph 3 of the Amended Complaint states legal conclusions that require no admission or denial of fact.

4. It denies the allegations of Paragraph 4 of the Amended Complaint.

5. It denies Plaintiff entered "Burger King.,LLC" or that an incident occurred there.

6. It denies the allegations of Paragraph 6 of the Amended Complaint.

7. It denies the allegations of Paragraph 7 of the Amended Complaint.

8. It denies the allegations of Paragraph 8 of the Amended Complaint.

9. It denies the allegations of Paragraph 9 of the Amended Complaint.

10. It denies all allegations of the Amended Complaint not specifically admitted herein.

11. Plaintiff's original Complaint was not served upon Defendant, but to the extent necessary, Defendant denies the allegations of it.

12. Pleading affirmatively, Defendant is at most a franchisor and is not in any event the actual owner or operator of the premises identified in the Amended Complaint.

13. Pleading affirmatively, Plaintiff's injuries or damages, if any, are the result of Plaintiff's own negligence or fault, and such negligence or fault is a bar or diminution to recovery. Plaintiff's negligence or fault includes but is not limited to his failure to exercise ordinary care for his own safety.

14. Pleading affirmatively, any damages suffered by Plaintiff are the fault of others over whom Defendant had no control or responsibility, or were the result of intervening or superseding causes over which Defendant had no control.

15. Defendant reserves all defenses available under Ark. R. Civ. P. 12 (b), including lack of jurisdiction over the person, improper venue, insufficiency of process, insufficiency of service of process, failure to state facts upon which relief can be granted and failure to join a party under Ark. R. Civ. P. 19. See Wallace v. Hale, 341 Ark. 898, 20 S.W.3d 392 (2000).

16. Defendant claims all benefits and reserves all rights available under the Civil Justice Reform Act of 2003, Ark. Code Ann. § 16-55-201 et seq.

17.    Defendant reserves the right to file amended, supplemental, modified or revised pleadings, and to assert additional affirmative defenses, including but not limited to the affirmative defenses listed in Ark. R. Civ. P. 8 (c), upon further investigation of the matters asserted in the Amended Complaint.

18.    Pursuant to Ark. R. Civ. P. 38, Defendant demands a trial by jury on all issues so triable.

WHEREFORE, Defendant Burger King, LLC prays that the Complaint of Plaintiff Jarvies Wilson be denied and dismissed and that Plaintiff take nothing thereby. Defendant further prays for its costs expended herein and for any and all other just and proper relief, whether specifically requested herein or not.

> **BRIDGES, YOUNG, MATTHEWS & DRAKE PLC**
> P. O. Box 7808
> Pine Bluff, AR 71611
> Telephone No. (870) 534-5532
> jacktalbot@bridgesplc.com
>
> By _____
> John P. Talbot, ABN 97119
> Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I, John P. Talbot, do hereby certify that a copy of the above and foregoing pleading was served upon Mr. Michael D. Ray, Attorney at Law, P.O. Box 1123, Crossett, AR 71635, by United States mail, postage prepaid, on this __5__ day of August, 2014.

*/s/ John P. Talbot*
_____
John P. Talbot

IN THE CIRCUIT COURT OF DREW COUNTY, ARKANSAS

JARVIES WILSON                                                                PLAINTIFF

VS.                                 CASE NO. CV-2014-40-4

BURGER KING, LLC                                                          DEFENDANT

## ORDER FOR SUBSTITUTION OF PARTY

Upon stipulation of counsel, the Court finds that Strategic Restaurants Acquisition Company, LLC should be substituted in place of Burger King, LLC as the Defendant in this case. To the extent such substitution constitutes a dismissal of Plaintiff's claims against Burger King, LLC, the dismissal is without prejudice. Strategic Restaurants Acquisition Company, LLC will file an answer to Plaintiff's Amended Complaint within thirty days of the date this Order is entered.

IT IS SO ORDERED this 15th day of August, 2014.

_____
CIRCUIT JUDGE

Approved and so stipulated:

**MICHAEL D. RAY**
P.O. Box 1123
Crossett, AR 71635
Telephone No. (870) 364-5176
mdray@windstream.net

_____
Michael D. Ray
Attorney for Plaintiff

Filed For Record
Drew Co., AR
Sandra Erlanson
Circuit Clerk
By_____

AUG 1 8 2014

AM/8/9/10/11/12/1/2/3/4/5PM

**BRIDGES, YOUNG, MATTHEWS
& DRAKE PLC**
P. O. Box 7808
Pine Bluff, AR 71611
Telephone No. (870) 534-5532
jacktalbot@bridgesplc.com


By_____*[signature]*_____
    John P. Talbot, ABN 97119
    Attorneys for Defendant