# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JARVIES WILSON                                                          PLAINTIFF

v.                          No. 5:14-cv-326-DPM

STRATEGIC RESTAURANTS
ACQUISITION COMPANY, LLC                                                DEFENDANT

## JUDGMENT

The amended complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 August 2015